UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jose Luis Sanango,

                Plaintiff,

-against-

Trattoria Tre Colori, Inc., et al.,

                Defendants.

1:19-cv-08534 (ALC) (SDA)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2020

**STEWART D. AARON, United States Magistrate Judge:**

The parties shall submit a joint letter regarding the status of discovery and settlement on Friday, May 29, 2020.

**SO ORDERED.**

DATED:     New York, New York
              April 6, 2020

_____
STEWART D. AARON
United States Magistrate Judge