**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

SANANGO, *on behalf of himself and others*
*similarly situated,*

                 **Plaintiff,**

     **v.**

**TRATTORIA TRE COLORI, INC.,**

             **Defendant.**

-------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  8/6/2020

**19-cv-08534 (ALC)(SDA)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

It having been reported to this Court that this case has been or will be settled, the parties are directed to file the proposed settlement and a joint memorandum of law, not to exceed 10 pages, explaining why the proposed settlement is fair and reasonable and otherwise does not raise any of the concerns cited by the Second Circuit in its decision in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The proposed settlement and accompanying memorandum shall be filed no later than **September 24, 2020**.

**SO ORDERED.**

**Dated: August 6, 2020**

     **New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**