UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jose Luis Sanango,

                  Plaintiff,

-against-

Trattoria Tre Colori, Inc., et al.,

                  Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/2020

1:19-cv-08534 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      This case contains claims under the Fair Labor Standards Act. On September 24, 2020 the parties submitted their proposed settlement agreement and related papers. (ECF No. 40.) On September 25, 2020 an Order was issued on the parties' consent referring disposition of this matter to the undersigned pursuant to 28 U.S.C. § 636(c). (ECF No. 41.) Having reviewed the proposed settlement, the Court finds that it is fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The settlement is approved.

      Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement. The Court will retain jurisdiction to enforce the settlement agreement. The Clerk of Court is requested to close the case.

**SO ORDERED.**

DATED:    New York, New York
               September 28, 2020

_____
STEWART D. AARON
United States Magistrate Judge